AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Ezequiel Zavala and | ) | 8:15MJ55 |
| Mark Andrew Johnson | ) | |
| | ) | |
| *Defendant(s)* | ) | |

OFFICE OF THE CLERK   15 MAR 10 AM 7: 58   DISTRICT OF NEBRASKA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 5, 2015_____ in the county of _____Sarpy_____ in the _____ District of _____Nebraska_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1) & (b)(1) | Defendants did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inv. Rachel Spurgeon, Sarpy County Sheriff's Office
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/9/15__

_____
*Judge's signature*

City and state: _____Omaha, Nebraska_____   F. A. GOSSETT, III, U.S. Magistrate Judge
*Printed name and title*

Rachel Spurgeon, being duly sworn, deposes and says:

On March 05, 2015 at 1230 pm, Affiant Officer Spurgeon served a court authorized search warrant at 7021 South 42nd Street Bellevue, Sarpy County NE. The search warrant was authorized on February 25, 2015 by Sarpy County Court Judge Martinez.

Prior to serving the search warrant, Affiant Officer Spurgeon was conducting visual surveillance on the primary target, Ezequiel ZAVALA (DOB 08/26/75). Affiant Officer located him traveling in a vehicle in the area of 42nd and L Street Omaha, NE. A cooperating witness stated that Zavala frequently carried a handgun on him and Affiant Officer believed since ZAVALA was traveling south bound on 36th Street nearing Harrison Street, he was most like heading to his residence. Affiant Officer decided it would be safest if ZAVALA was taken into custody prior to him arriving at his residence, 7021 South 42nd Street.

Sarpy County Deputies Herrick and Brisky stopped ZAVALA and placed him into custody and transported him to his residence after members of the Sarpy County Sheriff's Office Emergency Services Unit secured the residence.

Inside the residence, the Emergency Services Unit located an individual, Mark JOHNSON (DOB 07/06/1964) sleeping in a bed in the basement. JOHNSON confirmed that he was living in the basement of the residence. In JOHNSON'S bedroom, Affiant Officer located venue belonging to JOHNSON as well as a white crystal substance that field tested positive for methamphetamine and weighed 6.6 ounces.

Inside a bedroom belonging to ZAVALA, Bellevue Police Officer GRAY located a white crystal substance that field tested positive for methamphetamine and weighed 9.2 ounces hidden in a floor vent. Inside the bedroom, Affiant Officer located venue to Ezequiel ZAVALA.

Respectfully submitted,

Rachel Spurgeon
Investigator
Sarpy County Sheriff's Office

Subscribed and sworn to me this ___9___ day of March, 2015.

F. A. GOSSETT, III
United States Magistrate Judge